IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-002262-RPM-CBS


HEARTLAND BUSINESS CREDIT CORPORATION, a Missouri corporation,

    Plaintiff,

v.

MAKENA MEDI-SPA, LLC, a California limited liability company,
ALAN GRIDER, an individual, and
LAQUETA GAJEWSKI, an individual,

    Defendants.

## ORDER FOR VOLUNTARY DISMISSAL


    Upon consideration of Plaintiff's Motion for Voluntary Dismissal pursuant to Fed. R. Civ. P.

41(a), [24], it is

    ORDERED that the motion is GRANTED, and that this action is hereby dismissed without

prejudice, each party to pay its own costs and fees. pursuant to Fed. R. Civ. P. 41(a).

    DATED this 2nd day of July, 2009.


                BY THE COURT:

                s /Richard P. Matsch

                Richard P. Matsch, Senior District Judge