IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02262-RPM-CBS

HEARTLAND BUSINESS CREDIT CORPORATION, a Missouri corporation,
    Plaintiff,
v.

MAKENA MEDI-SPA, LLC, a California corporation,
ALAN GRIDER, an individual, and
LAQUETA GAJEWSKI, an individual,
    Defendants.

_____

ORDER VACATING JULY 6, 2009 STATUS CONFERENCE
_____

Magistrate Judge Craig B. Shaffer

    In light of the "Order for Voluntary Dismissal" (filed July 2, 2009) (doc. # 25),

    IT IS ORDERED that the Status Conference set on Monday July 6, 2009 at 8:00 a.m. is VACATED.

    DATED at Denver, Colorado, this 2nd day of July, 2009.

                                       BY THE COURT:

                                       s/ Craig B. Shaffer
                                       United States Magistrate Judge